(#535)

Provided to Walton CI
On 10-27-25 for mailing
Officer's Initials

PROBATE LAW

*** EMERGENCY IMMINENT DANGERS ***

PROBATE ESTATE LAW - Private, Top Secret, Confidential

NOTE: This matter shall be resolved and settled within 72-Hours

DOUGLAS MARSHALL   JACKSON Estate, [fdc#823916],
Executor Office.
5:25-cv-687-JLB-PRL
Nation Florida.
General - Post Office.
Walton Correctional Institution (WCI).
Institution Road - 691.
DeFuniak Springs Florida [32433].
United States Minor, Outlying Islands.

Done in the Night of the Day twenty six October two-zero twenty-five.

Office of U.S. District Court Administrator.
Middle District of Florida
Attention: U.S. District Court Administrator
207 NW 2nd Street
Ocala Florida [34475-6666]

TO: Office of U.S. District Court Administrator

FROM: Executor Office - DOUGLAS MARSHALL   JACKSON Estate.

Regarding: Unauthorized Administrate [Act as trustee] the DOUGLAS MARSHALL   JACKSON Estate, [fdc#823916]
| Reprisals and Retaliatory Transfer |

[1] THAT, the State of Florida appears to erroneously "allege" by the following un-warranted acts, fraudulently claimed authority from this office of General Executor to ADMINISTRATE [Act as trustee] for the JACKSON Estate. That false claim is hereby ADJOURNED!

[2] THAT, the Undersigned Office of General Executor, general executor douglas marshall jackson, living Man, We the People, is the ONLY authorized Claim of Right, Claim of Entitlement and Claim

(1-of-5)

of ENTITLEMENT PROBATE LAW Authorized MANAGER and governing authority for the DOUGLAS MARSHALL JACKSON Estate.

3] THAT, MARCH 11th, 2020 (5-years ago) in a "FILED" (Mailbox Rule) Legal Notice before the Government, State of Florida, Secretary of State, Department of State, the Government was lawfully made aware of the foregoing facts. See, Articles of INCORPORATIONS, No: N0000002791.

4] THAT, July 23rd, 2025, CEASE AND DESIST ORDERS was "FILED" (Mailbox Rule) with:
(1) GOVERNOR RON DeSANTIS,
(2) Attorney General JAMES UTHMEIER,
(3) FDC General Counsel DON JOHNSON, And,
(4) FDC Secretary Ricky D. DIXON
to STOP the Government unlawful, illegal and unauthorized "ADMINISTRATE" [Act as trustee] against the DOUGLAS MARSHALL JACKSON Estate but, each have CONTINUED to commit fraud and forgery, etc, unlawfully against the JACKSON Estate.!!!

5] THAT, September 23rd, 2025, under the U.S. District Court Federal Court Jurisdiction and venue, @ HARDEE CI, Bowling Green, Florida, the Government did commit:
COUNT 1: Criminal Trespass!
COUNT 2: Criminal Unauthorized Administrate [Act as trustee]
COUNT 3: Criminal Mis-Representations!
COUNT 4: Criminal False-Impersonations!
COUNT 5: Criminal Forgery!
etc, against the DOUGLAS MARSHALL JACKSON Estate and did unlawfully and unconstitutionally RETALIATORY TRANSFER, First, Fifth and Fourteenth Amendments, U.S. Constitution violations, the JACKSON Estate in RETALIATION and REPRISAL for filing grievances and for the attempted free exercise and practice of the ABYYAH Religion Church Doctrine, Religious

(2-of-5)

beliefs and PRACTICES of:
(A) Anti-Drugs!
(B) Anti-Gangs!
(C) Anti-Violence!
(D) Anti-Crime!
(E) Anti-Practice of Sins!
that goes against the culture, agenda, policy, practices and procedure of the HARDEE CI Prison Administration that 100% illegally PROMOTE drugs, gangs, violence, crime and the practice-of-sins at the prison facility and the government attempted to "KILL" the Estates @ HCI.

[6] THAT, September 23rd, 2025, because of the foregoing Estates protected and guaranteed RIGHTS and PRIVILEGES that @ HARDEE CI Bowling Green, Florida, the State Government did RETALIATORY TRANSFER the JACKSON Estate to WALTON CI, Northwest Florida, an extreme radical, terrorist, lawless, gang infested, punishment, oppression, anti-litigation, anti-grievance and anti-practice of religion institution to RETALIATE against the JACKSON Estate!

[7] THAT, the HARDEE CI Government officials have CONTACTED the WALTON CI officials and they both have criminally CONSPIRED to violate the civil rights of the JACKSON Estate in violation of Federal Criminal Code Title 18 USC Section 241 Conspiracy Against Rights and the JACKSON Estate have come under the following ATTACKS:
(1) Denied court Access!
(2) Denied Legal Supplies (Paper/Envelopes)!
(3) Denied Legal Mail out services!
(4) Denied Legal Property Storage!
(5) Seizures of Legal property!
(6) Threats to DESTROY "36-Boxes" of stored legal materials within 30-days!

## CONCLUSION

WHEREFORE, the foregoing duly considered, the Office of General Executor, hereby ORDER AND DIRECT the Office of U.S. District Court Administrator to please immediately schedule and conduct an

**EMERGENCY IMMINENT DANGER EVIDENTARY HEARING**

before the Probate Law Court.

THAT, in addition, the Office of U.S. District Court Administrator shall issue WRIT OF HABEAS CORPUS AD TESTIFICANDUM (STATE CUSTODY) for the following Probate Estates to appear to give live testimony and evidence:

(1) DOUGLAS MARSHALL JACKSON Estate [fdc# 823916]
(2) ITIABA EKONG Estate [fdc# M83838]
(3) ANDREW JAMES ROLLE Estate [fdc# M87835]
(4) JAMMORA ISHMEAL SIMMS Estate [fdc# W04018]
(5) CEDRIC WILLIAMS-DANIELS Estate [fdc# J59919]
(6) DERRECK WILLIAMS Estate [fdc# Q50294]

NOTE: The above Estates shall be ORDERED to be kept together and shall NOT be separated by the State.

GOVERNMENT ESTATE OFFICIALS:
(7) M. GRANT, LAW LIBRARIAN @ WALTON CI,
(8) SGT. D. COPEN, PROPERTY ROOM SUPERVISOR @ WALTON CI,
(9) RON DeSANTIS, GOVERNOR
(10) JAMES UTHMEIER, ATTORNEY GENERAL
(11) DON JOHNSON, FDC GENERAL COUNSEL, and
(12) RICKY D. DIXON, FDC SECRETARY.

THAT, the Office of General Executor hereby impose sanctions of $70,000.00 a day (effective September 23rd, 2025) against the State of Florida government criminal trespass against the JACKSON Private Estate.

(4-of-5)

Under oath and penalty of perjury I declare that the foregoing is true and correct. DATED this 27th day of OCTOBER 2025 A.Y.

govern yourself accordingly.

      by: general executor ~~douglas marshall jackson~~
      Executor Office Chambers.
      DOUGLAS MARSHALL JACKSON Estate.
      Executor Office.
      Nation Florida.
      General-Post Office.
      Walton Correctional Institution (WCI).
      Institution Road - 691.
      DeFuniak Springs Florida [32433].
      United States Minor, Outlying Islands.
      U.S.A

Copy to:/
Office of Governor
Ron DeSantis

Copy to:/
Office of Attorney General
James Uthmeier

(5-of-5)

DOUGLAS MARSHALL JACKSON, DC# 829116
WALTON CORRECTIONAL INSTITUTION (WCI)
691 INSTITUTION ROAD
DeFUNIAK SPRINGS FLORIDA 32433

Confidential Legal Mail

Office of United States District Court Administrator
Middle District of Florida, U.S. District Court
Attention: U.S. District Court Administrator
207 NW 2nd Street
Ocala, Florida 34475-6666

PENSACOLA FL 325
28 OCT 2025 AM 2 L
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 32433
02 7H
0006070546  $ 001.03
OCT 27 2025

SCREENED By USMS

EMERGENCY LEGAL DEADLINE

34475-660399

Confidential
Legal Mail

EMERGENCY LEGAL DEADLINE

Provided to Walton CI
On 10-27-25 for mailing
Officer's Initials